FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 MAR 21  AM 10: 26

LORETTA G. WHYTE
       CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TAURUS D. GREGORY | CIVIL ACTION |
| VERSUS | NO. 04-3017 |
| WARDEN JAMES D. MILLER, JR., ET AL | SECTION: "F"(5) |

O R D E R

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that the 42 U.S.C. §1983 claims of Taurus D. Gregory against Warden James D. Miller and Lt. Ronnie Seal are

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

dismissed as frivolous and for failure to state a claim under 28 U.S.C. §1915(e)(2)(B)(i) and (ii).

New Orleans, Louisiana, this 20th day of March, 2007.

_____
UNITED STATES DISTRICT JUDGE